# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER MULDROW,**

    **Plaintiff,**

    **vs.**                                                         Civ. No. 18-1174 MV/JFR

**RIO RANCHO POLICE OFFICER
ISAAC GIANNINI, THE CITY OF RIO RANCHO,
and THE RIO RANCHO POLICE DEPARTMENT,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed May 28, 2019. Doc. 20. Objections were due by no later than June 11, 2019. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 20) are adopted.

**IT IS FURTHER ORDERED** that this case is DISMISSED WITH PREJUDICE, for the reasons set forth in the Proposed Findings and Recommended Disposition.

_____
**MARTHA VÁZQUEZ
United States District Judge**